UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN HALEN MUSIC, J. ALBERT & SON (USA) INC., CHRYSALIS MUSIC GROUP DBA CHRYSALIS MUSIC, WB MUSIC CORP., RENFIELD MUSIC PUBLISHING, INC.<br><br>         Plaintiff,<br><br>    v.<br><br>LUCINDA FERN HASTINGS,<br><br>         Defendant. | 1:08-CV-1003 OWW GSA<br><br>**ORDER DISMISSING ACTION** |

   Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

   IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:    September 16, 2008**              **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE